JS-6

LESTER & CANTRELL, LLP
1770 IOWA AVENUE, SUITE 110
RIVERSIDE, CALIFORNIA 92507

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROWN UNIVERSITY,<br>    In Providence in the State of Rhode Island and Providence Plantations,<br><br>    Plaintiff,<br><br>v.<br><br>GARY ZIMET,<br><br>    Defendant. | **CASE NO.: CV 17-7522-GW(GJSx)**<br>**ORDER AND JUDGMENT**<br><br><br><br>Courtroom: 9-D<br>Judge: Hon. George Wu |

**ORDER and JUDGMENT**

It is hereby Ordered and Adjudged:

1. Plaintiff Brown University has clear title to all original papers consisting of the "JFK, Jr. Student File" ("the Student File"), copies of which were marked in the deposition of Connor E.M. Coffey as Exhibit 3.

2. Defendant Gary Zimet ("Mr. Zimet") shall return the originals of the entire Student File to California counsel for Brown University within three (3) days of

1.
ORDER AND JUDGMENT

**LESTER & CANTRELL, LLP**
1770 IOWA AVENUE, SUITE 110
RIVERSIDE, CALIFORNIA 92507

the entry of this Order and Judgment, either by delivering them in hand or by an acceptable form of overnight delivery.

3. Mr. Zimet shall also return all copies of the Student File, including any portions thereof, to California counsel for Brown University within three (3) days of the entry of this Order and Judgment, either by delivering them in hand or by an agreed-upon form of overnight delivery. Mr. Zimet shall keep no copies of the Student File or any portion of the Student File.

4. Within three (3) days Mr. Zimet shall identify, by name and address, each person or entity known by him to have received or to have made copies of the Student File (or any portion of the Student File), and shall instruct all such persons or entities to destroy all copies of the Student File and any portion of the Student File, reserving no copies to themselves. Mr. Zimet shall promptly provide counsel for Brown University with copies of actions taken to comply with this provision.

5. Within three (3) days from the date of this Judgment and Order, Mr. Zimet shall execute a Declaration that he has complied fully with the terms of this Order and Judgment and shall transmit the original of this Declaration to California counsel for Brown University together with the originals and any copies of the Student File consistent with paragraphs 2 and 3, above.

Entered on this 18th day of May, 2018

GEORGE H. WU,
United States District Judge